[No. 6234.   Decided September 25, 1906.]
WALTER G. BAKER *et al.*, *Respondents*, v. WASHINGTON IRRIGATION
COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Yakima county, Rudkin, J., entered January 10, 1905.   Affirmed.

*E. T. Blaine* and *Ira P. Englehart*, for appellant.

*William B. Bridgman*, for respondents.

PER CURIAM.—For the reasons assigned in *Atkinson v. Washington Irrigation Co., ante* p. 75, 86 Pac. 1123, the judgment in this case will be affirmed.

———————————

[No. 6304.   Decided November 9, 1906.]
WALTER M. FRENCH, *Respondent*, v. AJAX OIL & DEVELOPMENT
COMPANY, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Tallman, J., entered April 9, 1906.   Reversed.

*W. F. Hays* and *Fred Page-Tustin*, for appellant.

*Allen & French*, for respondent.

PER CURIAM.—For the reasons given in the opinion in *French v. Ajax Oil & Development Company*, No. 6303, *ante* p. 305, 87 Pac. 359, the judgment in this cause will be reversed and remanded with instructions to proceed as in that case.

———————————

[No. 6315.   Decided November 9, 1906.]
R. F. COATES *et al.*, *Respondents*, v. C. K. McCOY, *Appellant*.[3]

Appeal from a judgment of the superior court for King county, Griffin, J., entered March 26, 1906.   Affirmed.

*E. A. Vinsonhaler*, for appellant.

*Higgins & Hall*, for respondents.

[1]Reported in 86 Pac. 1125.
[2]Reported in 87 Pac. 360.
[3]Reported in 87 Pac. 1150.